*Louis Tyroler, Samuel M. Katz* and *Robert Ferrari* for appellant.

*Joab H. Banton,* District Attorney (*Felix C. Benvenga* and *John Caldwell Myers* of counsel), for respondent.

*Carl Sherman,* Attorney-General (*Robert P. Beyer, Edward G. Griffin* and *C. T. Dawes* of counsel), for State of New York.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

———

In the Matter of the Accounting of GEORGE F. CANFIELD et al., as Trustees under the Will of MARGARET T. SCHLEY, Deceased.

J. MONTFORT SCHLEY et al., Appellants; ANDREW S. HAMERSLEY, Special Guardian for EBENEZER S. M. SCHLEY et al., Respondent.

(Submitted January 8, 1923; decided February 27, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.    (See 234 N. Y. 616.)

———

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ROCCO CARNAVALLE, Respondent.

Reported below, 202 App. Div. 156.
(Submitted February 26, 1923; decided February 27, 1923.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1922, which reversed a judgment of the Supreme Court rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of the crime of murder in the second degree.

The motion was made upon the ground of failure to prosecute the appeal.

*Lloyd Paul Stryker* for motion.

*Joab H. Banton,* District Attorney (*Robert C. Taylor* of counsel), opposed.

Motion denied on condition that appellant's brief be filed and served on or before March fifth next.